**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**UTICA DIVISION**

| | | |
|---|---|---|
| In re: HALLENBECK, BRENT E | § | Case No. 11-61864 |
| HALLENBECK, THERESA K | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS PAUL HUGHES, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $485,027.00           Assets Exempt: $509,514.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,833.47     Claims Discharged
                                                Without Payment: $84,452.94

Total Expenses of Administration: $3,146.65

3) Total gross receipts of $ 7,980.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,980.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $58,073.00 | $1,647.70 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,146.65 | 3,146.65 | 3,146.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 82,458.58 | 23,561.41 | 23,561.41 | 4,833.47 |
| **TOTAL DISBURSEMENTS** | $140,531.58 | $28,355.76 | $26,708.06 | $7,980.12 |

4) This case was originally filed under Chapter 7 on August 31, 2011. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2013         By: /s/THOMAS PAUL HUGHES
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 52 First Avenue, Gloversville, New York. Debt | 1110-000 | 5,000.00 |
| Land Contract held by debtors for sale of 52 Fir | 1129-000 | 2,000.00 |
| Income Tax Refunds - Amount Unknown. of every na | 1124-000 | 980.12 |
| **TOTAL GROSS RECEIPTS** | | **$7,980.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | 3,065.00 | 1,647.70 | 0.00 | 0.00 |
| NOTFILED | Nbt | 4110-000 | 25,392.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Bank Na | 4110-000 | 15,359.00 | N/A | N/A | 0.00 |
| NOTFILED | Frd Motor Cr | 4110-000 | 7,457.00 | N/A | N/A | 0.00 |
| NOTFILED | Key Bank | 4110-000 | 6,800.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$58,073.00** | **$1,647.70** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS PAUL HUGHES | 2100-000 | N/A | 1,548.01 | 1,548.01 | 1,548.01 |
| THOMAS PAUL HUGHES | 2200-000 | N/A | 139.40 | 139.40 | 139.40 |
| Thomas P. Hughes | 3110-000 | N/A | 1,170.00 | 1,170.00 | 1,170.00 |
| Todd Mraz | 2200-000 | N/A | 7.75 | 7.75 | 7.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Thomas P. Hughes | 2300-000 | N/A | 5.77 | 5.77 | 5.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Fulton County Clerk | 2700-000 | N/A | 35.00 | 35.00 | 35.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.34 | 11.34 | 11.34 |
| Rabobank, N.A. | 2600-000 | N/A | 10.38 | 10.38 | 10.38 |
| Rabobank, N.A. | 2600-000 | N/A | 10.73 | 10.73 | 10.73 |
| Rabobank, N.A. | 2600-000 | N/A | 11.83 | 11.83 | 11.83 |
| Rabobank, N.A. | 2600-000 | N/A | 11.44 | 11.44 | 11.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,146.65 | $3,146.65 | $3,146.65 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dell Financial Services L.L.C. | 7100-000 | N/A | 2,476.55 | 2,476.55 | 508.06 |
| 3 | The Swiss Colony | 7100-000 | 194.68 | 194.68 | 194.68 | 39.94 |
| 4 | Country Door | 7100-000 | 901.64 | 919.27 | 919.27 | 188.58 |
| 5 | Seventh Avenue | 7100-000 | 1,961.77 | 1,976.77 | 1,976.77 | 405.52 |
| 6 | Ginny's | 7100-000 | 2,159.49 | 2,201.72 | 2,201.72 | 451.67 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 608.00 | 690.88 | 690.88 | 141.73 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 0.00 | 3,347.20 | 3,347.20 | 686.66 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 5,403.00 | 5,549.80 | 5,549.80 | 1,138.50 |
| 10 | Webbank-Fingerhut | 7100-000 | 1.00 | 527.60 | 527.60 | 108.23 |
| 11 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,085.00 | 1,149.09 | 1,149.09 | 235.73 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,107.00 | 1,162.60 | 1,162.60 | 238.50 |
| 13 | Jefferson Capital Systems LLC | 7100-000 | 1,746.00 | 1,798.32 | 1,798.32 | 368.91 |
| 14 | United Consumer Financial Services | 7100-000 | 1,566.00 | 1,566.93 | 1,566.93 | 321.44 |
| NOTFILED | Gemb/peach Direct | 7100-000 | 1,633.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,923.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/ge Money Bank Low | 7100-000 | 2,708.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/ge Money Bank Low | 7100-000 | 1,429.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/walmart Dc | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/walmart | 7100-000 | 876.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb - Target | 7100-000 | 283.00 | N/A | N/A | 0.00 |
| NOTFILED | Sst/columbus Bank And Trus | 7100-000 | 4,817.00 | N/A | N/A | 0.00 |
| NOTFILED | Todd Mraz | 7100-000 | 26,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Metabnk/fhut | 7100-000 | 476.00 | N/A | N/A | 0.00 |
| NOTFILED | Web Bank/dfs | 7100-000 | 2,386.00 | N/A | N/A | 0.00 |
| NOTFILED | Merrick Bank | 7100-000 | 1,147.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 2,661.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 2,710.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 559.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,958.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 379.00 | N/A | N/A | 0.00 |
| NOTFILED | Applied Bank | 7100-000 | 1,734.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,597.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 1,538.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 3,253.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 1,993.00 | N/A | N/A | 0.00 |
| NOTFILED | Central National Bank | 7100-000 | 465.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $82,458.58 | $23,561.41 | $23,561.41 | $4,833.47 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-61864  
**Case Name:** HALLENBECK, BRENT E  
　　　　　　　HALLENBECK, THERESA K  
**Period Ending:** 11/20/13

**Trustee:**　(521360)　THOMAS PAUL HUGHES  
**Filed (f) or Converted (c):** 08/31/11 (f)  
**§341(a) Meeting Date:** 09/28/11  
**Claims Bar Date:** 09/25/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 196 Riceville Road, Mayfield, NY 12117. Titled t | 83,700.00 | 0.00 | | 0.00 | FA |
| 2 | 52 First Avenue, Gloversville, New York. Debt (See Footnote) | 54,982.00 | 54,982.00 | | 5,000.00 | FA |
| 3 | Cash | 2.00 | 2.00 | | 0.00 | FA |
| 4 | NBT Bank - Checking Account certificates of depo | 135.00 | 135.00 | | 0.00 | FA |
| 5 | Household audio, video, and computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 401k - Taft Hartley | 1,194.00 | 0.00 | | 0.00 | FA |
| 8 | 401k Taft Hartley | 352,820.00 | 0.00 | | 0.00 | FA |
| 9 | Land Contract held by debtors for sale of 52 Fir | 54,982.00 | 54,982.00 | | 2,000.00 | FA |
| 10 | Income Tax Refunds - Amount Unknown. of every na | 2.00 | 2.00 | | 980.12 | FA |
| 11 | 2005 Mercury Mountaineer - 55,000 Miles | 11,063.00 | 0.00 | | 0.00 | FA |
| 12 | 2007 Ford F-150 FX4 - Supercab - 4wd - 15,000 Mi | 22,613.00 | 0.00 | | 0.00 | FA |
| 13 | 2008 Honda Foreman 500 | 3,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2008 R-Vision Camper | 9,000.00 | 0.00 | | 0.00 | FA |
| 15 | Asset entered in error | Unknown | N/A | | 0.00 | FA |
| 15 | **Assets** Totals (Excluding unknown values) | **$594,993.00** | **$110,103.00** | | **$7,980.12** | **$0.00** |

RE PROP# 2　　　Appraisal filed.

**Major Activities Affecting Case Closing:**

　　　All assets administered; final report; distribution to creditors.

**Initial Projected Date Of Final Report (TFR):**　　June 30, 2013　　　　**Current Projected Date Of Final Report (TFR):**　　July 22, 2013  (Actual)

Printed: 11/20/2013 04:37 PM　　V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-61864
**Case Name:** HALLENBECK, BRENT E
HALLENBECK, THERESA K
**Taxpayer ID #:** **-***2523
**Period Ending:** 11/20/13

**Trustee:** THOMAS PAUL HUGHES (521360)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******40-66 - Checking Account
**Blanket Bond:** $8,763,300.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/05/11 | {9} | Rodriguez & Doern | Proceeds of monthly payments regarding land sale contract. Check drawn on The Adirondack Trust Company. | 1129-000 | 2,000.00 | | 2,000.00 |
| 01/13/12 | {9} | Glenn J. Allen, Jr. | Mortgage payment received from Glenn A. Allen, Jr. Check drawn on Saratoga National Bank and Trust. | 1129-000 | 1,000.00 | | 3,000.00 |
| 01/23/12 | {9} | Glenn Allen Jr. | Land sale contract payment | 1129-000 | -1,000.00 | | 2,000.00 |
| 03/12/12 | {10} | United States Treasury | Debtors' 2011 federal income tax refund. Check drawn on United States Treasury. | 1124-000 | 572.00 | | 2,572.00 |
| 05/18/12 | {10} | Brent and Theresa Hallanbeck | Turnover of bankruptcy estate's share of 2011 income tax refunds. Check drawn on NBT Bank. | 1124-000 | 408.12 | | 2,980.12 |
| 05/24/12 | {2} | Todd Mraz | Good faith deposit towards purchase of First Avenue property. United States Postal Service postal money order.~ | 1110-000 | 1,000.00 | | 3,980.12 |
| 05/24/12 | {2} | Todd Mraz | Good faith deposit towards purchase of First Avenue property. United States Postal Service postal money order.~ | 1110-000 | 1,000.00 | | 4,980.12 |
| 05/24/12 | {2} | Todd Mraz | Good faith deposit towards purchase of First Avenue property. United States Postal Service postal money order.~ | 1110-000 | 1,000.00 | | 5,980.12 |
| 05/24/12 | {2} | Todd Mraz | Good faith deposit towards purchase of First Avenue property. United States Postal Service postal money order.~ | 1110-000 | 1,000.00 | | 6,980.12 |
| 05/24/12 | | Todd Mraz | Good faith deposit towards purchase of First Avenue property. United States Postal Service postal money order.~ | | 992.25 | | 7,972.37 |
| | {2} | | ACCOUNT           1,000.00 RECEIVABLE  Good faith deposit | 1110-000 | | | 7,972.37 |
| | | | Fee for money orders        -7.75 | 2200-000 | | | 7,972.37 |
| 05/25/12 | | To Account #9200******4067 | Transfer funds to segregate non-exempt funds | 9999-000 | | 2,980.12 | 4,992.25 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052136088 20121227 | 9999-000 | | 4,992.25 | 0.00 |

Subtotals :          $7,972.37          $7,972.37

{} Asset reference(s)

Printed: 11/20/2013 04:37 PM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-61864  
**Case Name:** HALLENBECK, BRENT E  
HALLENBECK, THERESA K  
**Taxpayer ID #:** **-***2523  
**Period Ending:** 11/20/13  

**Trustee:** THOMAS PAUL HUGHES (521360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******40-66 - Checking Account  
**Blanket Bond:** $8,763,300.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 7,972.37 | 7,972.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,972.37 | |
| | | | **Subtotal** | | 7,972.37 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,972.37** | **$0.00** | |

{} Asset reference(s)                                                                                           Printed: 11/20/2013 04:37 PM     V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-61864
**Case Name:** HALLENBECK, BRENT E
HALLENBECK, THERESA K
**Taxpayer ID #:** **-***2523
**Period Ending:** 11/20/13

**Trustee:** THOMAS PAUL HUGHES (521360)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******40-67 - Checking Account
**Blanket Bond:** $8,763,300.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/25/12 | | From Account #9200******4066 | Transfer funds to segregate non-exempt funds | 9999-000 | 2,980.12 | | 2,980.12 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,955.12 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,930.12 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,905.12 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,880.12 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,855.12 |
| 10/25/12 | 101 | Thomas P. Hughes | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/30/2012 FOR CASE #11-61864 | 2300-000 | | 5.77 | 2,849.35 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,824.35 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,799.35 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052136088 20121227 | 9999-000 | | 2,799.35 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,980.12 | 2,980.12 | $0.00 |
| | | | Less: Bank Transfers | | 2,980.12 | 2,799.35 | |
| | | | **Subtotal** | | **0.00** | **180.77** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$180.77** | |

{} Asset reference(s)

Printed: 11/20/2013 04:37 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-61864 | | Trustee: | THOMAS PAUL HUGHES (521360) |
|---|---|---|---|---|
| Case Name: | HALLENBECK, BRENT E | | Bank Name: | Rabobank, N.A. |
| | HALLENBECK, THERESA K | | Account: | ****269966 - Checking Account |
| Taxpayer ID #: | **-***2523 | | Blanket Bond: | $8,763,300.00 (per case limit) |
| Period Ending: | 11/20/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,992.25 | | 4,992.25 |
| 01/02/13 | | To Account #****269967 | Transfer between accounts | 9999-000 | | 4,992.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,992.25** | **4,992.25** | **$0.00** |
| | | | Less: Bank Transfers | | 4,992.25 | 4,992.25 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/20/2013 04:37 PM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 11-61864 | **Trustee:** THOMAS PAUL HUGHES (521360) |
| **Case Name:** HALLENBECK, BRENT E | **Bank Name:** Rabobank, N.A. |
| HALLENBECK, THERESA K | **Account:** ****269967 - Checking Account |
| **Taxpayer ID #:** **-***2523 | **Blanket Bond:** $8,763,300.00 (per case limit) |
| **Period Ending:** 11/20/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,799.35 | | 2,799.35 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,789.35 |
| 01/02/13 | | From Account #****269966 | Transfer between accounts | 9999-000 | 4,992.25 | | 7,781.60 |
| 01/02/13 | 10102 | Fulton County Clerk | Filing fee-Stipulation of Discontinuance-Index No.: 2011-00109 | 2700-000 | | 35.00 | 7,746.60 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.34 | 7,735.26 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.38 | 7,724.88 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.73 | 7,714.15 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.83 | 7,702.32 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.44 | 7,690.88 |
| 09/26/13 | 10103 | Thomas P. Hughes | Dividend paid 100.00% on $1,170.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,170.00 | 6,520.88 |
| 09/26/13 | 10104 | Dell Financial Services L.L.C. | Dividend paid 20.51% on $2,476.55; Claim# 1; Filed: $2,476.55; Reference: | 7100-000 | | 508.06 | 6,012.82 |
| 09/26/13 | 10105 | The Swiss Colony | Dividend paid 20.51% on $194.68; Claim# 3; Filed: $194.68; Reference: | 7100-000 | | 39.94 | 5,972.88 |
| 09/26/13 | 10106 | Country Door | Dividend paid 20.51% on $919.27; Claim# 4; Filed: $919.27; Reference: | 7100-000 | | 188.58 | 5,784.30 |
| 09/26/13 | 10107 | Seventh Avenue | Dividend paid 20.51% on $1,976.77; Claim# 5; Filed: $1,976.77; Reference: | 7100-000 | | 405.52 | 5,378.78 |
| 09/26/13 | 10108 | Ginny's | Dividend paid 20.51% on $2,201.72; Claim# 6; Filed: $2,201.72; Reference: | 7100-000 | | 451.67 | 4,927.11 |
| 09/26/13 | 10109 | Capital One Bank (USA), N.A. | Dividend paid 20.51% on $690.88; Claim# 7; Filed: $690.88; Reference: | 7100-000 | | 141.73 | 4,785.38 |
| 09/26/13 | 10110 | Capital One Bank (USA), N.A. | Dividend paid 20.51% on $3,347.20; Claim# 8; Filed: $3,347.20; Reference: | 7100-000 | | 686.66 | 4,098.72 |
| 09/26/13 | 10111 | Capital One Bank (USA), N.A. | Dividend paid 20.51% on $5,549.80; Claim# 9; Filed: $5,549.80; Reference: | 7100-000 | | 1,138.50 | 2,960.22 |
| 09/26/13 | 10112 | Webbank-Fingerhut | Dividend paid 20.51% on $527.60; Claim# 10; Filed: $527.60; Reference: | 7100-000 | | 108.23 | 2,851.99 |
| 09/26/13 | 10113 | PYOD, LLC its successors and assigns as assignee | Dividend paid 20.51% on $1,149.09; Claim# 11; Filed: $1,149.09; Reference: | 7100-000 | | 235.73 | 2,616.26 |
| 09/26/13 | 10114 | PYOD, LLC its successors and assigns as assignee | Dividend paid 20.51% on $1,162.60; Claim# 12; Filed: $1,162.60; Reference: | 7100-000 | | 238.50 | 2,377.76 |
| 09/26/13 | 10115 | Jefferson Capital Systems LLC | Dividend paid 20.51% on $1,798.32; Claim# 13; Filed: $1,798.32; Reference: | 7100-000 | | 368.91 | 2,008.85 |
| 09/26/13 | 10116 | United Consumer Financial Services | Dividend paid 20.51% on $1,566.93; Claim# | 7100-000 | | 321.44 | 1,687.41 |

Subtotals :        $7,791.60        $6,104.19

{} Asset reference(s)                                                                 Printed: 11/20/2013 04:37 PM    V.13.13

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 11-61864  
**Case Name:** HALLENBECK, BRENT E  
HALLENBECK, THERESA K  
**Taxpayer ID #:** **-***2523  
**Period Ending:** 11/20/13

**Trustee:** THOMAS PAUL HUGHES (521360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****269967 - Checking Account  
**Blanket Bond:** $8,763,300.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 14; Filed: $1,566.93; Reference: | | | | |
| 09/26/13 | 10117 | THOMAS PAUL HUGHES | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,687.41 | 0.00 |
| | | | Dividend paid 100.00%     1,548.01<br>on $1,548.01;  Claim# ;<br>Filed: $1,548.01 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     139.40<br>on $139.40;  Claim# ;<br>Filed: $139.40 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,791.60 | 7,791.60 | $0.00 |
| | | | Less: Bank Transfers | | 7,791.60 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,791.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,791.60** | |

Net Receipts :   7,972.37  
Plus Gross Adjustments :   7.75  
Net Estate :   $7,980.12

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******40-66 | 7,972.37 | 0.00 | 0.00 |
| Checking # 9200-******40-67 | 0.00 | 180.77 | 0.00 |
| Checking # ****269966 | 0.00 | 0.00 | 0.00 |
| Checking # ****269967 | 0.00 | 7,791.60 | 0.00 |
| | **$7,972.37** | **$7,972.37** | **$0.00** |

{} Asset reference(s)                                                                                                                           Printed: 11/20/2013 04:37 PM    V.13.13